EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. TOUCH FM: RADIO TRUTH INCORPORATED

| COPYRIGHTED IMAGE | INFRINGEMENT#1 OF 1 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 2991358<br>Date Taken: 07/08/2012<br>Photo Description: Evelyn Lozada smiling as she signs copies of her new book 'Inner Circle' at the Essence Music Festival In New Orleans.<br>Cpoyright Application Date: 10/02/2012<br>Application Number: 1-828237629<br>Copyright Registration Date: 10/02/2012<br>Registration Number: VA0001836309 | Domain: www.touchfm.org<br>URL:   http://touchfm.org/2013/02/21/evelyn-lozada-debuts-vida-luxe-fashion-line/<br>Observed Date: 04/18/2013 |  |

x

09/05/2013 18:59:40